# United States Court of Appeals
## For the First Circuit

## NOTICE OF APPEARANCE

No. 25-1667     Short Title: Cifizzari v. Town of Milford, et al.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Gary Cifizzari _____ as the

[✓] appellant(s)          [ ] appellee(s)          [ ] amicus curiae

[ ] petitioner(s)         [ ] respondent(s)        [ ] intervenor(s)

/s/ Mark Loevy-Reyes
Signature

7/23/2025
Date

Mark Loevy-Reyes
Name

Loevy & Loevy
Firm Name (if applicable)

(312) 243-5900
Telephone Number

311 N. Aberdeen St., 3rd Floor
Address

(312) 243-5902
Fax Number

Chicago, IL 60607
City, State, Zip Code

mark@loevy.com
Email (required)

Court of Appeals Bar Number: 1201593

Has this case or any related case previously been on appeal?

[✓] No          [ ] Yes   Court of Appeals No. _____

==============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).