# United States Court of Appeals
## For the First Circuit

### DOCKETING STATEMENT

**No.** 25-1667    **Short Title:** Cifizzari v. Town of Milford, et al.,

**Type of Action**

- [✓] Civil
- [ ] Criminal/Prisoner
- [ ] Cross Appeal

A. Timeliness of Appeal
  1. Date of entry of judgment or order appealed from 07/09/2025
  2. Date this notice of appeal filed 07/14/2025
     If cross appeal, date first notice of appeal filed _____
  3. Filing date of any post-judgment motion filed by any party which tolls time under Fed. R. App. P. 4(a)(4) or 4(b) N/A
  4. Date of entry of order deciding above post-judgment motion N/A
  5. Filing date of any motion to extend time under Fed. R. App. P. 4(a)(5), 4(a)(6) or 4(b) N/A
     Time extended to N/A

B. Finality of Order or Judgment
  1. Is the order or judgment appealed from a final decision on the merits? [✓] Yes  [ ] No
  2. If no,
     a. Did the district court order entry of judgment as to fewer than all claims or all parties pursuant to Fed. R. C. P. 54(b)? [ ] Yes  [ ] No
        If yes, explain _____
     b. Is the order appealed from a collateral or interlocutory order reviewable under any exception to the finality rule? [ ] Yes  [ ] No
        If yes, explain _____

C. Has this case previously been appealed? [ ] Yes  [✓] No
   If yes, give the case name, docket number and disposition of each prior appeal
   _____

D. Are any related cases or cases raising related issues pending in this court, any district court of this circuit, or the Supreme Court? [ ] Yes  [✓] No
   If yes, cite the case and manner in which it is related on a separate page. If abeyance or consolidation is warranted, counsel must file a separate motion seeking such relief.

E. Were there any in-court proceedings below? ☑ Yes ☐ No
   If yes, is a transcript necessary for this appeal? ☑ Yes ☐ No
   If yes, is transcript already on file with district court? ☐ Yes ☑ No

F. List each adverse party to the appeal. If no attorney, give address and telephone number of the adverse party. Attach additional page if necessary.

   1. Adverse party Town of Milford, Vincent Liberto, John Chianese, Todd A. Gattoni as personal representative of the Estate of Anthony Digirolamo, Francis X. Small as personal representative of the Estate of Donald Small
      Attorney William B. Scarpelli, Joseph H. Caffrey
      Address Morrison Mahoney, LLP, 250 Summer Street, Boston, MA 02210
      Telephone (617) 439-7500

   2. Adverse party _____
      Attorney _____
      Address _____
      Telephone _____

   3. Adverse party _____
      Attorney _____
      Address _____
      Telephone _____

G. List name(s) and address(es) of appellant(s) who filed this notice of appeal and appellant's counsel. Attach additional page if necessary.

   1. Appellant's name Gary Cifizzari
      Address 311 N. Aberdeen St., 3rd Floor, Chicago, IL 60607
      Telephone (312) 243-5900

      Attorney's name Mark Loevy-Reyes, Steven Art, Jonathan Loevy
      Firm Loevy & Loevy
      Address 311 N. Aberdeen St., 3rd Floor, Chicago, IL 60607
      Telephone (312) 243-5900

   2. Appellant's name _____
      Address _____
      Telephone _____

      Attorney's name _____
      Firm _____
      Address _____
      Telephone _____

   Will you be handling the appeal? (In criminal cases counsel below will handle the appeal unless relieved by this court.) ☑ Yes ☐ No

Fed. R. App. P. 12(b) provides that each attorney who files a notice of appeal must file with the clerk of the court of appeals a statement naming each party represented on appeal by that attorney. 1st Cir. R. 12.0 requires that statement in the form of an appearance.

Signature  /s/ Mark Loevy-Reyes
Date  07/23/2025

## **CERTIFICATE OF SERVICE**

      I, Mark Loevy-Reyes, an attorney, hereby certify that on July 23, 2025, I electronically filed the foregoing document with the United States Court of Appeals for the First Circuit using the Court's CM/ECF system, which caused copies to be served on counsel for Appellees:

William B. Scarpelli   wscarpelli@morrisonmahoney.com
Joseph H. Caffrey   jcaffrey@morrisonmahoney.com

                                              /s/ Mark Loevy-Reyes