# UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

Case name   Cifizzari v. Town of Milford, et al.

District Court Case No.   4:22-cv-40139-MRG          District of Massachusetts

Date Notice of Appeal filed   July 14, 2025          Court of Appeals Case No.   25-1667

Form filed on behalf of   Appellant Gary Cifizzari

## TRANSCRIPT REPORT

Transcript Not Necessary for this Appeal _____

Transcript Already Filed in District Court.  List each transcript by docket entry number and date and type of proceeding (attach separate page if necessary) _____

## TRANSCRIPT ORDER

Name of Court Reporter   Jessica Leonard

Phone Number of Reporter   Email: jessica@wickedsteno.com

A.   ✔   **This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate dates of hearing(s)]:**

| | PROCEEDING(S) | HEARING DATE(S) |
|---|---|---|
| ☐ | Jury Voir Dire | |
| ☐ | Opening Statement (plaintiff) | |
| ☐ | Opening Statement (defendant) | |
| ☐ | Trial | |
| ☐ | Closing Argument (plaintiff) | |
| ☐ | Closing Argument (defendant) | |
| ☐ | Findings of Fact/Conclusions of Law | |
| ☐ | Jury Instructions | |
| ☐ | Change of Plea | |
| ☐ | Sentencing | |
| ☐ | Bail hearing | |
| ☐ | Pretrial proceedings (specify) _____ | |
| ☐ | Testimony (specify ) _____ | |
| ☒ | Other (specify) 6/6/2024 | Motion Hearing regarding Dkt. 117 |

NOTE:  Any form that fails to specify in adequate detail those proceedings to be transcribed will be considered deficient.

B.   ✔   **I certify that I have contacted the court reporter and the following financial arrangements for payment of the transcript have been made:**

☒   Private funds.

☐   Government expense (civil case).  IFP status has been granted and a motion for transcript at government expense has been allowed.  (Attach a copy of the order to each copy of this order form.)

☐   Criminal Justice Act.  A CJA Form 24  has been approved by the district court judge.

☐   Criminal Justice Act.  A CJA Form 24 is attached for authorization by the court of appeals.

☐   Federal Public Defender/Government Counsel - no CJA Form 24 necessary.

Filer's name   Mark Loevy-Reyes          Filer's Signature   /s/ Mark Loevy-Reyes

Firm/Address   Loevy & Loevy, 311 N. Aberdeen St., 3rd Fl., Chicago, IL 60607     Filer's Email address   mark@loevy.com

Telephone number   (312) 243-5900          Date mailed to court reporter   7/22/2025

(Court Reporter Use ONLY) Date received _____

Form CA1-10 (6/09/09)                                    **SEE INSTRUCTIONS ON REVERSE**